UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA

v.

**DAJOHN M. ROBERTS**
**ANTONIO D. MITCHELL**
**VONTRE MURPHY**

INDICTMENT

NO.  _3:18 CR-19 DJH_

18 U.S.C. § 1951
18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 924(d)
18 U.S.C. § 2
28 U.S.C. § 2461

The Grand Jury charges:

## COUNT 1

On or about April 12, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **ANTONIO D. MITCHELL**, defendant herein, did unlawfully obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery of the Family Dollar Store, 3901 West Market Street, Louisville, Kentucky.

In violation of Title 18, United States Code, Section 1951.

The Grand Jury further charges:

## COUNT 2

On or about April 12, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **ANTONIO D. MITCHELL,** defendant herein, did knowingly brandish, carry and use a firearm, that is, a small black revolver, during and in relation to a crime of violence for which he

may be prosecuted in a court of the United States, that is, Hobbs Act Robbery, as charged in Count 1 of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

The Grand Jury further charges:

## COUNT 3

On or about May 18, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **DAJOHN M. ROBERTS,** aided and abetted by **ANTONIO D. MITCHELL** and **VONTRE MURPHY,** all defendants herein, did unlawfully obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery of the Family Dollar Store, 3022 Portland Avenue, Louisville, Kentucky.

In violation of Title 18, United States Code, Sections 1951 and 2.

The Grand Jury further charges:

## COUNT 4

On or about May 18, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **DAJOHN M. ROBERTS,** defendant herein, did knowingly brandish, carry and use a firearm, that is, a small black revolver, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Hobbs Act Robbery, as charged in Count 3 of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

2

The Grand Jury further charges:

## COUNT 5

On or about May 21, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **DAJOHN M. ROBERTS**, aided and abetted by **VONTRE MURPHY**, defendants herein, did unlawfully obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery of the Dollar General Store, 1631 West Market Street, Louisville, Kentucky.

In violation of Title 18, United States Code, Sections 1951 and 2.

The Grand Jury further charges:

## COUNT 6

On or about May 21, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **DAJOHN M. ROBERTS**, defendant herein, did knowingly brandish, carry and use a firearm, that is, a small black pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Hobbs Act Robbery, as charged in Count 5 of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

The Grand Jury further charges:

## COUNT 7

On or about May 25, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **DAJOHN M. ROBERTS**, and **ANTONIO D. MITCHELL**, each aided and abetted

by the other and by **VONTRE MURPHY,** all defendants herein, did unlawfully obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery of the Family Dollar Store, 2701 Dixie Highway, Shively, Kentucky.

In violation of Title 18, United States Code, Sections 1951 and 2.

The Grand Jury further charges:

## COUNT 8

On or about May 25, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **DAJOHN M. ROBERTS**, defendant herein, did knowingly brandish, carry and use a firearm, that is, a small black pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Hobbs Act Robbery, as charged in Count 7 of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

The Grand Jury further charges:

## COUNT 9

On or about May 25, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **ANTONIO D. MITCHELL,** defendant herein, did knowingly brandish, carry and use a firearm, that is, a small black pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Hobbs Act Robbery, as charged in Count 7 of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

4

The Grand Jury further charges:

## COUNT 10

On or about May 26, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **DAJOHN M. ROBERTS,** aided and abetted by **VONTRE MURPHY,** defendants herein, did unlawfully obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery of the Family Dollar Store, 3036 Wilson Avenue, Louisville, Kentucky.

In violation of Title 18, United States Code, Sections 1951 and 2.

The Grand Jury further charges:

## COUNT 11

On or about May 26, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **DAJOHN M. ROBERTS**, defendant herein, did knowingly brandish, carry and use a firearm, that is, a small black pistol, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Hobbs Act Robbery, as charged in Count 10 of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

The Grand Jury further charges:

## COUNT 12

On or about May 29, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **DAJOHN M. ROBERTS,** aided and abetted by **VONTRE MURPHY** and **ANTONIO D. MITCHELL,** all defendants herein, did unlawfully obstruct, delay and affect,

commerce as that term is defined in Title 18, United States Code, Section 1951, and the movement of articles and commodities in such commerce, by robbery of the Family Dollar Store, 1419 West Jefferson Street, Louisville, Kentucky.

In violation of Title 18, United States Code, Sections 1951 and 2.

The Grand Jury further charges:

## COUNT 13

On or about May 29, 2017, in the Western District of Kentucky, Jefferson County, Kentucky, **DAJOHN M. ROBERTS**, defendant herein, did knowingly brandish, carry and use a firearm, that is, a small black revolver, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Hobbs Act Robbery, as charged in Count 12 of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States Code, Section 1951, as alleged in Counts 1, 3, 5, 7, 10 and 12 of this Indictment, defendants **DAJOHN M. ROBERTS, ANTONIO D. MITCHELL,** and **VONTRE MURPHY**, shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds obtained, directly or indirectly, and any property involved in or traceable to the offenses alleged in the Indictment.

Pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461.

6

## NOTICE OF FORFEITURE

As a result of committing an offense in violation of Title 18, United States code, Section 924(c)(1)(A)(ii), as alleged in Counts 2, 4, 6, 8, 9, 11 and 13 of this Indictment, the defendants, **DAJOHN M. ROBERTS, ANTONIO D. MITCHELL,** and **VONTRE MURPHY,** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense.

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

A TRUE BILL.

_____
FOREPERSON

_____
RUSSELL M. COLEMAN
UNITED STATES ATTORNEY

RMC:rr:03/03/2018

7

UNITED STATES OF AMERICA v. **DAJOHN M. ROBERTS**; **ANTONIO D. MITCHELL**; and **VONTRE MURPHY**

## PENALTIES

Counts 1, 3, 5, 7, 10 and 12:    NM 20 yrs./$250,000/both/NM 3yrs. Supervised Release (each count)
Counts 2, 4, 6, 8, 9, 11, and 13: NL 7 yrs. NM Life/both/ NM 5 yrs. Supervised Release (each count)
                                   (NL 7 for first conviction/ 25 yrs. Consecutive for each subsequent conviction)

Forfeiture

## NOTICE

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

| Misdemeanor: | $ 25 per count/individual | Felony: | $100 per count/individual |
|---|---|---|---|
|  | $125 per count/other |  | $400 per count/other |

### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due immediately unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

### Failure to pay fine as ordered may subject you to the following:

1.    **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2.    Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3.    Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law.  18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.      That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.      Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

| | |
|---|---|
| LOUISVILLE: | Clerk, U.S. District Court<br>106 Gene Snyder U.S. Courthouse<br>601 West Broadway<br>Louisville, KY  40202<br>502/625-3500 |
| BOWLING GREEN: | Clerk, U.S. District Court<br>120 Federal Building<br>241 East Main Street<br>Bowling Green, KY  42101<br>270/393-2500 |
| OWENSBORO: | Clerk, U.S. District Court<br>126 Federal Building<br>423 Frederica<br>Owensboro, KY  42301<br>270/689-4400 |
| PADUCAH: | Clerk, U.S. District Court<br>127 Federal Building<br>501 Broadway<br>Paducah, KY  42001<br>270/415-6400 |

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. _____

# UNITED STATES DISTRICT COURT
Western District of Kentucky
Louisville

## THE UNITED STATES OF AMERICA
vs.

### DAJOHN M. ROBERTS
### ANTONIO D. MITCHELL
### VONTRE MURPHY

## INDICTMENT

**Counts 1, 3, 5, 7, 10, 12 – Hobbs Act Robbery:**
18 U.S.C. §1951(a)

**Counts 2, 4, 6, 8, 9, 11, 13 – brandishing a Firearm
During a Crime of Violence:**
18 U.S.C. §924(c)(1)(A)(ii)

**FORFEITURE**



FILED

CLERK

MAR – 6 2018

U.S. DISTRICT COURT
WESTN. DIST. KENTUCKY

*A true bill.*

---

--                                                    *Foreperson*

---

*Filed in open court this 6ᵗʰ day of March, 2018.*

---

*Clerk*

---

*Bail, $*

---