UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 3:18-CR-019-CHB-03 |
| | ) | |
| v. | ) | |
| | ) | **ORDER RESCHEDULING HEARING** |
| VONTRE MURPHY, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on its own motion.  Due to a conflict on the Court's calendar, the sentencing hearing in this case must be continued.  Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.    The sentencing hearing currently set for February 7, 2020, is **REMANDED** from the Court's docket.  The sentencing hearing is **RESCHEDULED** for **Monday, February 24, 2020, at the hour of 9:00 a.m.**, before the Honorable Claria Horn Boom, United States District Judge, at the Gene Snyder U.S. Courthouse in **Louisville, Kentucky**.

This the 4th day of February, 2020.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:    Counsel of Record
       United States Probation

- 1 -